JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRISELDA LAZOROSAS, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>MERCEDES-BENZ USA, LLC, HOUSE OF IMPORTS, INC., and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 8:24-cv-01161-JWH-DFM<br><br>*Assigned to Judge John W. Holcomb*<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**<br><br>Action Filed:   April 3, 2024<br>Trial Date:     December 8, 2025 |

1

**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

Plaintiff Griselda Lazorosas ("Plaintiff"), having accepted Defendant Mercedes-Benz USA, LLC's ("MBUSA" or "Defendant") Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. MBUSA will pay Plaintiff the sum of Thirty-Seven Thousand Five Hundred and 00/100 Dollars [$37,500.00], inclusive of incidental and consequential damages, and interest.

2. MBUSA shall pay the amount in Paragraph 1 to the order of Plaintiff GRISELDA LAZOROSAS ("Plaintiff"), within 60 days of October 31, 2025.

3. MBUSA will pay Plaintiff's statutory costs and expenses under Cal. Civ. Code § 1794(d), including attorneys' fees determined by the Court to have been reasonably incurred by Plaintiff in connection with the commencement and prosecution of this action to and including the date of the Offer. In ruling on Plaintiff's fee/cost motion(s), and except as otherwise provided for in this paragraph, the fees, expenses, and costs amount shall be calculated as if Plaintiff was found to have prevailed in this action under § 1794(d) of the California Civil Code. MBUSA reserves all defenses to Plaintiff's fee/costs motion(s). Plaintiff may recover for fees and costs reasonably incurred in bringing such a fee/cost motion(s). This amount is in addition to the restitution that MBUSA agrees to pay Plaintiff as stated above in Paragraph 1.

**IT IS SO ORDERED.**

Dated: November 3, 2025

_____
Honorable Judge John W. Holcomb
UNITED STATES DISTRICT JUDGE

**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**